```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         SOUTHERN DIVISION
                        NO.  7:11-CV-211-F
```

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )
                                 )
          v.                     )
                                 )
$1,415.00 IN U. S. CURRENCY,     )
                                 )
               Defendant.        )
```

## DEFAULT

Upon motion and proper showing by the attorney for the
plaintiff, the United States of America, default is hereby
entered against the defendant for having failed to appear, plead,
or otherwise defend as provided by Rule 55 of the Federal Rules
of Civil Procedure.

This the 1st day of August , 2012.

JULIE A. RICHARDS
Clerk

BY: _Julie a. Richards_
Clerk
United States District Court